UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

FABIOLA VEGA,

                                    Defendant.

18 CR 291-12 (VB)

ORDER

Copies Mailed/Faxed 12/4/23
Chambers of Vincent L. Briccetti

On February 19, 2020, defendant Fabiola Vega was sentenced principally to a term of imprisonment of 120 months.

On November 13, 2023, defendant filed a motion (which is dated November 5, 2023) requesting that this Court consider a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines. Amendment 821 went into effect on November 1, 2023, and applies retroactively. The United States Probation Department has issued a report indicating that defendant is not eligible for a sentence reduction.

The Court has considered the record in this case, and defendant's submission.

It is hereby ORDERED that the defendant is ineligible for this reduction because she was sentenced to the mandatory minimum term of imprisonment, and the Court is unable to impose a sentence below the statutorily required minimum sentence. Accordingly, the motion is DENIED.

Chambers will mail a copy of this Order to defendant at the following address:

Fabiola Vega, Reg. No. 85589-054
FCI Waseca
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

Dated: December 4, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge